### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

ROBERT KIRK HALL,                  :

    Plaintiff,                              :

vs.                                                :         CA 06-0715-BH-C

MICHAEL J. ASTRUE,            :
Commissioner of Social Security,
                                     :
    Defendant.

### **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 12, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of December, 2007.

                                                              s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE