## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

ROBERT KIRK HALL,            :

    Plaintiff,            :

vs.                           :     CA 06-0715-BH-C

MICHAEL J. ASTRUE,            :
Commissioner of Social Security,
                              :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 4, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 1st day of April, 2008.

                                                           s/ W. B. Hand
                                                 SENIOR DISTRICT JUDGE